UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **PAMELA HARRIS and LAMONT HARRIS** | AFFIDAVIT OF SERVICE<br>CASE # 07-CV-4792<br>Plaintiff |
| Vs |  |
| THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, P.O. JANE DOE AND JOHN DOE 1-10 INCLUSIVE. | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On  6/18/07  2:25 PM at  100 CHURCH STREET, NEW YORK 10007 Deponent served the within **SUMMONS AND COMPLAINT** on **THE CITY OF NEW YORK** by delivering a true copy to **MADELYN SANTANA** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Skin **LATINO**
Color of Hair **BROWN**
Approx. Age **27-30**
Approx. Height **5'8"- 5'10"**
Approx. Wt **145-160 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
**28**TH day of JUNE 2007

NOTARY   PUBLIC

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN6131702
Qualified in Kings County
Commission Expires August 15, 2009

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAMELA HARRIS and LAMONT HARRIS | AFFIDAVIT OF SERVICE<br>CASE # 07-CV-4792<br>Plaintiff |
| Vs |  |
| THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, P.O. JANE DOE AND JOHN DOE 1-10 INCLUSIVE.<br>                                                                          Defendants |  |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **6/18/07 2:25 PM** at **1 POLICE PLAZA NEW YORK, NEW YORK 10038** Deponent served the within **SUMMONS AND COMPLAINT** on **NEW YORK CITY POLICE DEPARTMENT** by delivering a true copy to **LISA MOORE Esq,.** an authorized agent

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **28-32**
Approx. Height **5'7"-5'9"**
Approx. Wt **160-170 LBS**

Other identifying Features **NONE**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
28 TH day of JUNE 2007
_____
NOTARY        PUBLIC

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN61?
Qualified in Kin..
Commission Exp:... ...09

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN6131702
Qualified in Kings County
Commission Expires August 15, 2009