UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

PAMELA HARRIS, et ano.,

                              Plaintiffs,

    -against-

THE CITY OF NEW YORK, et ano.,                     07 CV 4792 (MGC)

                              Defendants.
------------------------------------------------------------------ x

**STIPULATION**

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/27]

IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendants City of New York and New York City Police Department to answer or otherwise respond to the complaint is enlarged to September 10, 2007.

Dated: New York, New York
         July 13, 2007

Nkereuwem Umoh                                 MICHAEL A. CARDOZO
Attorney for Plaintiffs                           Corporation Counsel
255 Livingston Street, 4th Floor              of the City of New York
Brooklyn, NY 11217                           Attorney for Defendants
(718) 360-0527                                     100 Church Street
                                                  New York, NY 10007
                                                  (212) 788-1895

By: /s/ Nkereuwem Umoh
     Nkereuwem Umoh (NU 7233)

                                                  By: /s/ Jessica T. Cohen
                                                         Jessica T. Cohen (JC 0044)
                                                         Assistant Corporation Counsel

SO ORDERED:

/s/
U.S.D.J.
July 23, 2007