# UWEM UMOH
**ATTORNEY AT LAW**
255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

TEL: 718.360.0527     EMAIL: numoh@umohlaw.com     FAX: 718.360.1916

**BY ECF**

November 9, 2007

The Honorable Miriam Cedarbaum
United States District Judge
Unites States District Court--SDNY
500 Pearl Street,
New York, NY 10007

          Re: <u>Harris v. City of New York, et al.</u>
          <u>Civ. Action No. 07 CV 4792 (Cedarbaum, J.)</u>

Dear Judge Cedarbaum:

    I am counsel to the plaintiff in the above referenced matter. This letter is written to request leave to file an amended complaint. The complaint will allege no new facts or causes of action, but will seek to substitute "John Doe" defendants with defendant Police Office Joseph Fills.

    No other such requests have been made to this court. Defendants consent to this request.

    I thank Your Honor for your time and consideration of this request.

Respectfully,

NKEREUWEM UMOH (NU 7233)

cc: Jessica Cohen, Esq. counsel for defendants via ECF.