**UWEM UMOH**
ATTORNEY AT LAW
255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

TEL: 718.360.0527          EMAIL: numoh@umohlaw.com          FAX: 718.360.1916

**BY FIRST CLASS MAIL**

November 16, 2007

**MEMO ENDORSED**

The Honorable Miriam Cedarbaum
United States District Judge
Unites States District Court--SDNY
500 Pearl Street,
New York, NY 10007

Re: Harris v. City of New York, et al.
Civ. Action No. 07 CV 4792 (Cedarbaum, J.)

Dear Judge Cedarbaum:

I am counsel to the plaintiff in the above referenced matter. This letter is written to request leave to file an amended complaint. The complaint will allege no new facts or causes of action, but will seek to substitute "John Doe" defendants with defendant Police Officer Joseph Fills.

No other such requests have been made to this court. Defendants consent to this request.

I thank Your Honor for your time and consideration of this request.

Respectfully,

NKEREUWEM UMOH (NU 7233)

cc: Jessica Cohen, Esq. counsel for defendants via First Class Mail.

*Request granted.*
*So ordered.*
*S/*
*United States District Judge*
*December 3, 2007*