UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **PAMELA HARRIS and LAMONT HARRIS** | AFFIDAVIT OF SERVICE<br>CASE # 07-CV-4792<br>Plaintiff |
| Vs |  |
| **THE CITY OF NEW YORK,, P.O. JOSEPH FILLS SHIELD # 01393.** | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **1/10/2008 1:08 PM** at **830 4th Avenue, BROOKLYN, NEW YORK 11232** Deponent served the a true copy of the **AMENDED SUMMONS AND COMPLAINT** on **P.O. JOSEPH FILLS SHIELD # 01393** personally.

Deponent asked the person served if he was the person named in the document and recipient admitted being the person so named

A description of the person served is as follows:

Sex **MALE**
Race/Skin **FAIR/WHITE**
Color of Hair **BROWN**
Approx. Age **32-40**
Approx. Height **5'10"-5'11"**
Approx. Wt **160-170 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
10TH day of JANUARY 2008

NOTARY PUBLIC
**KEHINDE O JOBI**
Notary Public, State of New York
No 02JO5060546
Qualified in Bronx County
Commission Expires May 20, 2009