UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PAMELA HARRIS and LAMONT HARRIS,

                            Plaintiff,

          -against-

THE CITY OF NEW YORK, AND POLICE OFFICER
JOSEPH FILLS Shield # 01393,

                      Defendants.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/08

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

07 CV 4792 (MGC)

      **WHEREAS,** plaintiffs commenced this action on June 5, 2007 by filing a complaint alleging, *inter alia*, violations of their state law rights and their civil rights pursuant to 42 USC § 1983; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

      **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.   The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2.   Defendant City of New York hereby agrees to pay plaintiffs **PAMELA HARRIS and LAMONT HARRIS**, the sum of **THIRTY FIVE THOUSAND ($35,000.00)**

**DOLLARS,** to be allocated in the amounts of **SEVENTEEN THOUSAND, FIVE HUNDRED ($17,500.00) DOLLARS** for each plaintiff, in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiffs agree to the dismissal of all the claims against the defendants and to release all defendants and all present and former employees and agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

        3.    Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation General Releases based on the terms of paragraph 2 above and Affidavits of No Liens, or Affidavits Concerning Liens, whichever applies.

        4.    Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

        5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:     New York, New York
           February 4, 2008

Nkereuwem Umoh, Esq.
Attorney for Plaintiffs
255 Livingston Street, 4th Floor
Brooklyn, New York 11217

By: _____
    Nkereuwem Umoh (7233)

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 3-208
New York, New York 10007
(212) 788-1895

By: _____
    Jessica T. Cohen (JC 0044)
    Assistant Corporation Counsel

S/

SO ORDERED:

_____
MIRIAM G. CEDARBAUM, U.S.D.J.

March 3, 2008